2-3-15

Mr. Stephen Richardson
#1795088
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, Texas   77515

COURT OF APPEALS
Fourth Court of Appeals District
Attn: Carmen De Leon
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas   78205-3037

Court of Appeals No. 04-12-00379-CR
Trial Court Case No. 2010-CR-10629
Style: Richardson
v.
State

Dear Clerk,

could you please tell me how much will it cost me to get volume's (5) five through (9) nine?. If need be my family and I will try to purchase one volume at a time. Also if possible I would like to get a copy of my judgment & sentencing paper's.

Any and all help you can provide me with will be greatly appreciated.

Sincerly

Mr. Stephen Richardson

Mr. Stephen Richardson #1795088

2015 FEB -6 PM 12:36

FILED IN THE COURT OF APPEALS SAN ANTONIO

7515

Vol. 5- 205 pages 12.65 + 52.50 + 10.00 =
Vol-6 118 pages 12.65 + 9.00 + 10.00 = 31.65
Vol-7 48 pages - 5.75 + 4.80 = 10.55
Vol-8 59 pages - 5.75 + 5.90 = 11.65
Vol-9 54 pages 5.75 + 5.40 = 11.15

Wayne Scott Unit
6999 Retrieve Rd.
Angleton, Texas  77515

FILED
COURT OF APPEALS
SAN ANTONIO, TEXAS

2015 FEB -6 PM 12: 36

KEITH E. HOTTLE

COURT OF APPEALS
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas  78205-3037

78205303759

Legal Mail